25cr 117 ECT/SGE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUSTIN DAVID EICHORN,

Defendant.

INDICTMENT

18 U.S.C. § 2422(b)
18 U.S.C. § 2428(a)(1)

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT ONE
(Attempted Enticement of a Minor)

Between on or about March 11, 2025, and on or about March 17, 2025, in the State and District of Minnesota, the defendant,

**JUSTIN DAVID EICHORN**,

knowingly used the mail or any facility or means of interstate and foreign commerce to persuade, induce, entice, and coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, and/or that EICHORN attempted to do so, all in violation of 18 U.S.C. § 2422(b).

### FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of the Indictment,

**JUSTIN DAVID EICHORN**,

SCANNED
APR 0 1 2025
U.S. DISTRICT COURT MPLS

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a)(1), any property, real or personal, used or intended to be used to commit or to facilitate the commission of Count 1, including, but not limited to, a 2023 Toyota Tundra bearing Minnesota license KGW529 and two cellular phones, namely an Apple iPhone 13 Pro and a Samsung SM-S921U, both recovered by law enforcement during an inventory search of that Toyota on or about March 17, 2025.

A TRUE BILL

_____   _____
ACTING UNITED STATES ATTORNEY   FOREPERSON