UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 25-cr-117 (ECT/SGE)
_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      **MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

JUSTIN DAVID EICHORN,

      Defendant.
_____

Defendant, Justin David Eichorn, by and through his undersigned counsel, respectfully moves the Court to exclude the period of time from the date of the Motion for an Extension of Time to File Motions through May 16, 2025, from the Speedy Trial Act (18.U.S.C. § 3161(h)(7)(A)) computations in this case. The grounds for this motion are set forth in the earlier-filed Motion for an Extension of Time to File Motions and Statement of Facts in Support of the Motion to Exclude Time Under the Speedy Trial Act.

Dated: April 18, 2025          Respectfully submitted,

                                    */s/ Charles L. Hawkins*
                                    Charles L. Hawkins (Attorney No. 124369)
                                    150 S. Fifth Street, Ste. 2860
                                    Minneapolis, MN 55402
                                    Tel: (612) 339-6921
                                    Email: clhcrimlaw@yahoo.com


                                    */s/ Arthur J. Waldon*
                                    Arthur J. Waldon (Attorney No. 0397729)
                                    P.O. Box 1242
                                    Lakeville, MN 55044

Tel: (612) 719-0625
Email: arthur@waldonlawmn.com

*Attorneys for Defendant*