UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 25-cr-117 (ECT/SGE)

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUSTIN DAVID EICHORN,

        Defendant.

**STATEMENT OF FACTS IN SUPPORT OF MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

---

Pursuant to 18 U.S.C.§ 3161(h)(7)(A), I, Justin David Eichorn, the defendant in this case, request the time period from the date of my Motion for an Extension of Time to File Motions to May 16, 2025, be excluded from the Speedy Trial Act computation in this case.

My lawyers are requesting an extension of the deadline for the date to file motions to May 16, 2025. Based on the facts alleged in my Motion for an Extension of Time to File Motions, the need for counsel to fully review discovery materials both independently and with me, and time constraints created due to me residing in a halfway house in Duluth, I request that the period of time from now until May 16, 2025, be excluded from the time in which I would otherwise have to be brought to trial in this case. I have discussed this matter with my counsel and voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 4/18/25

                                             Justin David Eichorn

Dated: 18 April 2025

*Charles L. Hawkins*
Charles L. Hawkins
Attorney for Mr. Eichorn

Dated: 4/18/2025

*Arthur J. Waldon*
Arthur J. Waldon
Attorney for Mr. Eichorn