UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-117 (ECT/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUSTIN DAVID EICHORN, )<br>)<br>Defendant. )<br>) | **AMENDED SCHEDULING ORDER TO CONTINUE MOTION HEARING AND MOTION FILING DATE** |

This matter is before the Court upon the Defendant's Motion for Extension of Time to File Motions (Dkt. 21) and Motion to Exclude Time Under Speedy Trial Act (Dkt. 22), filed on April 18, 2025. These motions were discussed during the status conference held before the Court on April 21, 2025. Due to new information about the discovery, Counsel for Mr. Eichorn requested that the extension of time to file motions be enlarged to 30 days to ensure sufficient time to review discovery with his client. Mr. Eichorn agreed to the extension and the Government did not object to the requested 30-day extension.

Finding that the ends of justice served by a continuance outweigh the interest of the public and defendant in a speedy trial, **IT IS HEREBY ORDERED** that Defendant's motion for extension of time to file pretrial motions and motion to exclude time are **GRANTED**.

1) Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **May 23, 2025**.

2) Counsel must electronically file a letter on or before **May 23, 2025**, if no motions will be filed and there is no need for a hearing.

3) All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **June 6, 2025**, in accordance with Local Rule 12.1(c)(3)(A).

4) Any Responsive Notice of Intent to Call Witnesses must be filed by **June 12, 2025**.

5) The motions hearing for Mr. Eichorn will now be held on **June 18, 2025 at 2:00 p.m.**, pursuant to Federal Rules of Criminal Procedure 12(b) and (c), if:

    a) The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b) Oral argument is requested by either party.

6) The parties will receive the remaining dates relating to trial by separate order from the Honorable Judge Eric C. Tostrud.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all of the files and proceedings herein, including the facts set forth in the motions and the supporting documents. Accordingly, the period of time from April 23, 2025, the prior motions deadline, through

May 23, 2025, the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

All other instructions provided in the Case Management Order (Dkt. 19) remain in full effect.

Dated:   April 21, 2025                              *s/Shannon G. Elkins*
                                                     SHANNON G. ELKINS
                                                     U. S. Magistrate Judge