UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Justin David Eichorn,<br><br>        Defendant. | Criminal No. 25-117 (ECT/SGE)<br><br>**ORDER ON MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the Court is Defendant's Second Motion to Modify Conditions of Release (Dkt. 29). The assigned Assistant United States Attorney does not object to the proposed modification.

Based upon the all the files, records and proceedings, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release (Dkt. 29) is **GRANTED**. Defendant's conditions of release are modified as follows:

Condition 7(u) of the Order Setting Conditions of Release is modified to allow Mr. Eichorn contact with his children (in person and by phone) if he is supervised by a responsible adult aware of his charges and who is approved in advance by the Pretrial Services Office. Any in-person visitation with Mr. Eichorn's children must also be approved in advance by the Pretrial Services Office.

All previously ordered conditions shall remain in effect, except as expressly modified herein.

Dated: May 12, 2025          *s/Shannon G. Elkins*
                                                 SHANNON G. ELKINS
                                                 U.S. Magistrate Judge