UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-117 (ECT/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>             Plaintiff,       )<br>v.                            )<br>                              )<br>JUSTIN DAVID EICHORN,         )<br>                              )<br>             Defendant.       )<br>                              ) | **SECOND AMENDED SCHEDULING ORDER TO CONTINUE MOTION HEARING AND MOTION FILING DATE** |

This matter is before the Court upon the Defendant's Second Motion for Extension of Time to File Motions (Dkt. 31) and Second Motion to Exclude Time Under Speedy Trial Act (Dkt. 32), and Mr. Eichorn's Second Statement of Facts (Dkt. 33), filed on May 22, 2025. The defendant seeks to exclude time through June 6, 2025. The Government did not object to the requested 2-week extension.

Finding that the ends of justice served by a continuance outweigh the interest of the public and defendant in a speedy trial, **IT IS HEREBY ORDERED** that Defendant's motion for extension of time to file pretrial motions and motion to exclude time are **GRANTED**.

1) Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **June 6, 2025**.

2) Counsel must electronically file a letter on or before **June 6, 2025**, if no motions will be filed and there is no need for a hearing.

3) All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **June 20, 2025**, in accordance with Local Rule 12.1(c)(3)(A).

4) Any Responsive Notice of Intent to Call Witnesses must be filed by **June 25, 2025**.

5) The motions hearing for Mr. Eichorn will now be held on **July 8, 2025 at 2:30 p.m.**, pursuant to Federal Rules of Criminal Procedure 12(b) and (c), if:

    a) The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b) Oral argument is requested by either party.

6) The parties will receive the remaining dates relating to trial by separate order from the Honorable Judge Eric C. Tostrud.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all of the files and proceedings herein, including the facts set forth in the motions and the supporting documents. Accordingly, the period of time from May 23, 2025, the prior motions deadline, through June 6, 2025, the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

All other instructions provided in the Case Management Order (Dkt. 19) remain in full effect.

Dated:   May 23, 2025                              *s/Shannon G. Elkins*
                                                   SHANNON G. ELKINS
                                                   U. S. Magistrate Judge