# EXHIBIT A




Ok cash ok ? I don't have cash apps What's the address

Wed Mar 12 10:55:10 2025 (CDT)


cash is tha best!

Wed Mar 12 10:55:48 2025 (CDT)
Delivery Status: sent

wht do u want 2 do 2 me baby?

Wed Mar 12 10:56:14 2025 (CDT)
Delivery Status: delivered


What's your limits I am not into anything freaky

Wed Mar 12 10:56:55 2025 (CDT)

 
im open 2 a lot, u tell me 😊

Wed Mar 12 10:57:39 2025 (CDT)
Delivery Status: delivered


Ok what's your limits? Your post wasn't clear are you just massage or do you over full service

Wed Mar 12 11:01:01 2025 (CDT)

 
full service sweetie

Wed Mar 12 11:01:41 2025 (CDT)
Delivery Status: sent


Perfect ! What's the address and do ya have a pic I am trying to find your post again but not fining it

Wed Mar 12 11:31:00 2025 (CDT)



Wed Mar 12 11:31:37 2025 (CDT)
Delivery Status: sent


how long u want?

Wed Mar 12 11:31:46 2025 (CDT)
Delivery Status: delivered

 Qv or hhr how old are you
Wed Mar 12 11:32:23 2025 (CDT)

kinda nervous 2 say
Wed Mar 12 11:33:33 2025 (CDT)
Delivery Status: delivered

 Ok why ?
Wed Mar 12 11:34:45 2025 (CDT)

im younger then my ad ses
Wed Mar 12 11:35:06 2025 (CDT)
Delivery Status: delivered

 Ok I dont remember what it said I can't find it so what is it?
Wed Mar 12 11:36:11 2025 (CDT)

im 17 sry dont want u 2 b mad
Wed Mar 12 11:36:47 2025 (CDT)
Delivery Status: delivered

 Hey what's up are you available
Thu Mar 13 18:00:30 2025 (CDT)

i am!
Thu Mar 13 18:00:48 2025 (CDT)
Delivery Status: sent

 Ok where ya at and what's your rate for half hour
Thu Mar 13 18:01:37 2025 (CDT)

bloomington
Thu Mar 13 18:02:01 2025 (CDT)
Delivery Status: sent

hh 120 hun
Thu Mar 13 18:02:27 2025 (CDT)
Delivery Status: delivered

 Ok rates?
Thu Mar 13 18:02:30 2025 (CDT)

Address?
Thu Mar 13 18:02:34 2025 (CDT)

Address?
Thu Mar 13 18:02:40 2025 (CDT)

Or do ya offer outcal
Thu Mar 13 18:02:57 2025 (CDT)



 how long until u can get here?

Thu Mar 13 18:03:16 2025 (CDT)

> Depends on the address why

Thu Mar 13 18:03:32 2025 (CDT)

> i wanna shower quick

Thu Mar 13 18:03:45 2025 (CDT)
Delivery Status: delivered

> Or unless you offer out cal

Thu Mar 13 18:03:47 2025 (CDT)

> its the microtel in bloomington

Thu Mar 13 18:03:56 2025 (CDT)
Delivery Status: delivered

> Do you offer outcal?

Thu Mar 13 18:05:12 2025 (CDT)

> i dont

Thu Mar 13 18:05:30 2025 (CDT)
Delivery Status: delivered

> Ok..... do ya not drive ? Your post says 18 most hotels won't let you get a room at 18 how did ya get the room? Just want to make sure your real

Thu Mar 13 18:07:21 2025 (CDT)

> no license...my cousin rented it for me, she kinda looks out 4 me

Thu Mar 13 18:08:50 2025 (CDT)
Delivery Status: delivered

> Ok..... I assume she knows what's ya do then? It'll just be us there ?

Thu Mar 13 18:09:36 2025 (CDT)

> she does n it will just b us 💕

Thu Mar 13 18:10:13 2025 (CDT)
Delivery Status: delivered

> Ok will ya send me a naughty pic of you to show me your real

Thu Mar 13 18:14:31 2025 (CDT)

> whats naughty 2 u?

Thu Mar 13 18:15:00 2025 (CDT)
Delivery Status: delivered

> You decide

Thu Mar 13 18:16:10 2025 (CDT)



Thu Mar 13 18:16:53 2025 (CDT)
Delivery Status: sent

Got anything with lot less clothes?

Thu Mar 13 18:18:28 2025 (CDT)

not on here! thats 4 in person

Thu Mar 13 18:18:47 2025 (CDT)
Delivery Status: delivered

Ok I am just trying to know your real and safe to com to

Thu Mar 13 18:21:42 2025 (CDT)

i get it but im nervous 2

Thu Mar 13 18:24:01 2025 (CDT)
Delivery Status: delivered

How many guys have you seen before on this

Thu Mar 13 18:24:51 2025 (CDT)

its been slow

Thu Mar 13 18:25:06 2025 (CDT)
Delivery Status: delivered

Ok?

Thu Mar 13 18:25:37 2025 (CDT)

Hey what's up are you available today

Mon Mar 17 07:47:12 2025 (CDT)

Kenzi?

Mon Mar 17 08:55:49 2025 (CDT)

Hey babe

Mon Mar 17 11:42:38 2025 (CDT)
Delivery Status: delivered

Hey I would still like to find a way to meet ya and both feel comfortable where ya located today and would ya be open to doing an outcal

Mon Mar 17 13:54:45 2025 (CDT)

I am available baby. I have a private discreet place in Bloomington. I only do outcall after the first date

Mon Mar 17 14:06:42 2025 (CDT)

 Ok what's the address? And why only after first meet up?
Mon Mar 17 14:09:16 2025 (CDT)

▮ Cause then I know who you are....I feel safer at my own place 
Mon Mar 17 14:19:29 2025 (CDT)
Delivery Status: delivered

 Ok what's your address? Maybe we could meet outside or public first to help us feel more comfortable
Mon Mar 17 14:28:06 2025 (CDT)

▮ Yes we could do that.....I'm sorry babe my phone has been super busy and we hadnt talked for a while....how long are you looking to spend? 
Mon Mar 17 14:38:59 2025 (CDT)
Delivery Status: delivered

 Qv or half hour
Mon Mar 17 14:39:52 2025 (CDT)

 $80qv or $120hh 
Mon Mar 17 14:40:39 2025 (CDT)
Delivery Status: delivered

 Ok and what's exactly do ya offer at that rate ?
Mon Mar 17 14:41:24 2025 (CDT)

 ?
Mon Mar 17 14:52:07 2025 (CDT)

 FS. No greek and bare is extra 
Mon Mar 17 14:56:12 2025 (CDT)
Delivery Status: delivered

 Ok how much extra ?
Mon Mar 17 14:56:34 2025 (CDT)

 $25 
Mon Mar 17 14:56:50 2025 (CDT)
Delivery Status: delivered

 Ok what's your address I'll see if I can get there
Mon Mar 17 14:57:40 2025 (CDT)

 Age/race?
Mon Mar 17 14:57:58 2025 (CDT)
Delivery Status: sent

▮ ? 
Mon Mar 17 15:03:47 2025 (CDT)
Delivery Status: delivered

 38 and white and you?
Mon Mar 17 15:04:58 2025 (CDT)


A lil younger than my ad….is that ok? I just wanna have fun and no drama babe

Mon Mar 17 15:12:04 2025 (CDT)
Delivery Status: sent

 Sure I don't know what your ad says cuz I don't have it up anymore but as long as your legal age I am fine

Mon Mar 17 15:13:22 2025 (CDT)

 I am 17…like I said don't want any drama but wanna be upfront cause one guy got hella mad at me 

Mon Mar 17 15:14:09 2025 (CDT)
Delivery Status: delivered

 Why was he so mad? I think age of consent is 17 when do ya turn 18 ?

Mon Mar 17 15:15:40 2025 (CDT)

 Idk lol he was a creep anyway. I don't turn 18 till December 

Mon Mar 17 15:16:45 2025 (CDT)
Delivery Status: delivered

 It's says age of consent is 16 …… over 18 is in a position of authority over you like a teacher or friends parent

Mon Mar 17 15:20:40 2025 (CDT)

 How may guy have you seen?

Mon Mar 17 15:21:01 2025 (CDT)

 Guys today? Or in my life lol? 

Mon Mar 17 15:21:37 2025 (CDT)
Delivery Status: delivered

 Both

Mon Mar 17 15:21:48 2025 (CDT)

 1 today earlier….lol I don't know in my life 

Mon Mar 17 15:23:09 2025 (CDT)
Delivery Status: delivered

 Ok well what's your address

Mon Mar 17 15:23:34 2025 (CDT)

 Hold on babe can I get a pic of you? Make sure you are real, I've been fooled before. I'll send you one too 

Mon Mar 17 15:24:31 2025 (CDT)
Delivery Status: delivered

 I don't send pics but I would meet you in a more public space first if that helps

Mon Mar 17 15:25:26 2025 (CDT)

 Ok babe 

Mon Mar 17 15:27:40 2025 (CDT)
Delivery Status: delivered

> I am near full tilt in Bloomington
>
> Mon Mar 17 15:35:12 2025 (CDT)
> Delivery Status: queued

**Not sure where that is**
Mon Mar 17 15:46:47 2025 (CDT)

> lol want me to find the address?
>
> Mon Mar 17 15:47:21 2025 (CDT)
> Delivery Status: delivered

> 8301 Normandale Blvd
>
> Mon Mar 17 16:16:31 2025 (CDT)
> Delivery Status: delivered

**Ok are you at an apartment or hotel or what**
Mon Mar 17 16:18:46 2025 (CDT)

> I have an apartment hun
>
> Mon Mar 17 16:19:18 2025 (CDT)
> Delivery Status: delivered

**Ok who else is there I assume you live with someone**
Mon Mar 17 16:19:50 2025 (CDT)

> I live with my aunt but she travels for work and is gone till next week
>
> Mon Mar 17 16:20:43 2025 (CDT)
> Delivery Status: delivered

**Ok ..... what about doing a car date just trying to try and find a way to feel comfortable**
Mon Mar 17 16:24:50 2025 (CDT)

> Yes daddy, we can do that
>
> Mon Mar 17 16:25:14 2025 (CDT)
> Delivery Status: delivered

> Do you have nice big car so I can give you a full ride baby lol
>
> Mon Mar 17 16:26:09 2025 (CDT)
> Delivery Status: delivered

**I don't but could borrow my friends truck he is out of town I am watching his place that's why I was going to have ya come here originally**
Mon Mar 17 16:27:05 2025 (CDT)

> I can make any car work hun
>
> Mon Mar 17 16:28:20 2025 (CDT)
> Delivery Status: sent

> Do you wanna cum hun? Otherwise I am gonna make different plans
>
> Mon Mar 17 16:39:53 2025 (CDT)
> Delivery Status: delivered

 Yes I would like to can I have a sexy pic of you to feel comfortable coming maybe even just topless waist up is fine

Mon Mar 17 16:43:58 2025 (CDT)

I can give you a sexy photo but I don't do nudes....i don't wanna get my stuff spread all over the internet 

Mon Mar 17 16:47:11 2025 (CDT)
Delivery Status: delivered

 Ok how about a pic in just your bra and underwear holding up 2 fingers

Mon Mar 17 16:49:40 2025 (CDT)

I will do a bra photo with 2 fingers but I don't show my underwear...you have to see my pussy in person 

Mon Mar 17 16:51:56 2025 (CDT)
Delivery Status: delivered

 Ok.....

Mon Mar 17 16:52:23 2025 (CDT)

 Ima send it hun...just gotta take some layers off lol 

Mon Mar 17 16:58:27 2025 (CDT)
Delivery Status: delivered

 Ok

Mon Mar 17 16:58:42 2025 (CDT)



Mon Mar 17 17:03:08 2025 (CDT)
Delivery Status: sent

 Was hoping for a more full body shot but Hot you look in your 20's

Mon Mar 17 17:06:38 2025 (CDT)

Says the guy who won't send me any photos lol...awfully demanding. Sorry my photo isn't good enough. I can assure you I am 17. If you aren't interested....bye 

Mon Mar 17 17:07:35 2025 (CDT)


I am interested on the way just trying to be comfortable

Mon Mar 17 17:08:22 2025 (CDT)

I'll make you comfortable….how long babe? I wanna be ready for you 

Mon Mar 17 17:08:56 2025 (CDT)
Delivery Status: sent


15 min

Mon Mar 17 17:09:10 2025 (CDT)

 

Mon Mar 17 17:11:26 2025 (CDT)
Delivery Status: sent


Ok?

Mon Mar 17 17:12:00 2025 (CDT)

Park in the red area and let me know you are here. I can see it from my apt and I will walk out to you 

Mon Mar 17 17:12:13 2025 (CDT)
Delivery Status: delivered


Ok

Mon Mar 17 17:12:45 2025 (CDT)

> [REDACTED] I am excited to meet you hun
> Mon Mar 17 17:15:12 2025 (CDT)
> Delivery Status: sent

> Me to
> Mon Mar 17 17:16:30 2025 (CDT)

> Are you close babe? I'm ready, just waiting to see you park and I will walk out to ya
> Mon Mar 17 17:27:10 2025 (CDT)
> Delivery Status: delivered

> Ok
> Mon Mar 17 17:27:56 2025 (CDT)

> [REDACTED] Did you get lost LOL? Are you blowing me off??? If you are gonna ghost me just let me know so I can set up another date
> Mon Mar 17 17:33:20 2025 (CDT)
> Delivery Status: delivered

> Just pulling in come out what are ya wearing I'll look for you
> Mon Mar 17 17:34:20 2025 (CDT)

> [REDACTED] All black. I don't see any cars where I told you to park… did you bring your friends truck???
> Mon Mar 17 17:35:21 2025 (CDT)
> Delivery Status: sent

> Ya come on out I'll look for ya
> Mon Mar 17 17:37:18 2025 (CDT)

> [REDACTED] I only come out if you park where I tell you….its for my safety and to know you aren't the cops
> Mon Mar 17 17:37:25 2025 (CDT)
> Delivery Status: delivered

> I am there
> Mon Mar 17 17:38:48 2025 (CDT)

> [REDACTED] No you aren't. I can see that spot from my apartment and there are no cars there. If you can't find a parking spot how are you gonna find my G spot?
> Mon Mar 17 17:39:43 2025 (CDT)
> Delivery Status: delivered

> I parked in the line you said
> Mon Mar 17 17:40:23 2025 (CDT)

> [REDACTED] You are playing me…u must be a cop
> Mon Mar 17 17:40:32 2025 (CDT)
> Delivery Status: delivered

> By a grey ford
> Mon Mar 17 17:40:45 2025 (CDT)

> [REDACTED] Are you in the turquoise SUV?
> Mon Mar 17 17:41:31 2025 (CDT)
> Delivery Status: delivered


Mon Mar 17 17:42:05 2025 (CDT)


Mon Mar 17 17:43:04 2025 (CDT)
Delivery Status: delivered


Mon Mar 17 17:43:37 2025 (CDT)

Mon Mar 17 17:46:51 2025 (CDT)
Delivery Status: delivered