# EXHIBIT B

BLOOMINGTON POLICE DEPARTMENT MANUAL

PATROL PROCEDURE: 306

EFFECTIVE DATE: June 18, 2012

---

SUBJECT: IMPOUNDING AND RELEASING MOTOR VEHICLES

---

"Impounded Vehicle" shall mean vehicles held for evidence, safekeeping, or forfeiture.

I. <u>Conditions for Impoundment</u>

    A) When there is no valid driver present.

    B) When the vehicle is uninsured

    C) When the owner or the driver (if the owner is not present or competent) is arrested.

    D) Any vehicle which must be towed for a parking or other traffic violation which constitutes a public hazard.

    E) Recovered stolen vehicles. (May be released to the owner at the recovery site, provided that the vehicle has no processing value and no unreasonable delay results.)

    F) When a vehicle is subject to forfeiture proceedings.

    G) Vehicles that were involved in crimes and which are evidence or contain evidence.

    H) Any vehicle that is parked in violation of the "snow ban" ordinance, an abandoned vehicle, a vehicle with revoked plates, or a vehicle with expired tabs over 90 days.

    I) When the owner or the driver (if the owner is not present) is removed from the vehicle for medical care.

    J) Any vehicle involved in a fatal or probable fatal accident. A vehicle from any accident where a thorough safety inspection is necessary to determine equipment causes in the accident.

**PATROL PROCEDURE 306**
Page 2

      Nothing in this section shall preclude the officer from releasing the vehicle to a <u>responsible</u> person at the scene if the owner wants and authorizes the person to take the vehicle and the vehicle or contents are not needed for evidence. If the vehicle is released at the scene, a notation shall be made on the police report concerning the disposition of the vehicle.

II.    <u>Impoundment Procedure</u>
When a vehicle is to be impounded the impounding officer shall ensure that an impound report is completed. The report will be completed at the earliest convenience along with any other applicable reports. If there are no license plates on the vehicle, the VIN (vehicle identification number) must be shown on the impound report.

    A)    A vehicle registration check is to be made on all impounded vehicles to determine the name and last address of the registered owner. This check is to be made by the impounding officer before completion of his shift.

    B)    An inventory search shall be conducted on all impounded vehicles to locate, identify, and inventory items of more than $50 value that come under the Bloomington Police Department's control. Personal property of an estimated $300 value not permanently affixed in a vehicle shall be inventoried and placed in the Police Property Room

           The scope of the inventory search shall include any areas within the vehicle where personal property or dangerous items could reasonably be located including, but not limited to: the passenger compartment, glove compartments, consoles, trunk, and any closed, locked, or sealed containers whose contents cannot be readily determined by examining the container's exterior.

    C)    Impounded vehicles are available for immediate release. In certain instances the impounding officer will identify a need to "HOLD" an impounded vehicle, making it not eligible for release. The "HOLD" should fit one of the categories listed below. The impounding officer should clearly mark the Impound Report as to the specific reason for the "HOLD." The fact that a hold has been placed on a vehicle must be listed in the Offense Report, including the reason why the hold was placed.

**PATROL PROCEDURE 306**
Page 3

**FORENSIC HOLD**:

To allow for processing of physical evidence: i.e. fingerprints, bloodstains, damage comparison, equipment failure, etc. The impounding officer must specify on the Impound Report what processing is needed and arrange for that processing (i.e. call Crime Lab, TIU, etc.). An investigator can extend the hold by attaching a note of explanation to the original Impound Report.

**VEHICLE HOLD**:

Vehicle itself is evidence.

**FORFEITURE HOLD**:

If the vehicle meets statutory requirements, this hold should be listed. Release only with OK from Staff Sergeant or sergeant of the unit which is investigating the incident.

D) If there is personal property of over $300 value not permanently affixed in a vehicle that is being impounded, the impounding officer shall inventory the contents and transfer the items to the police property room. It is not necessary to inventory small items less than $50 in value normally found in a vehicle.

E) Vehicle key only will go with the vehicle.

**ORANGE TAG PROCEDURE**:

This procedure is for impounds that don't require officers to stand by for the tow. It allows the tow company to respond as they can to these tows. This process may be used for Snow Ban enforcement, abandoned vehicles, and other non-hazardous parking violations

Officer's Duties
- Notify Dispatch.
- Complete the impound form - <u>special attention</u> to damage and personal property.
- Indicate any damage and personal property in the vehicle on the orange tag.
- Place orange tag and any citations on the vehicle.

**PATROL PROCEDURE 306**
Page 4

- Leave the impound and any citation copies at the front counter for the clerical unit.
- Tow company will call us if there is a problem at scene.

Dispatch Duties
- When notifying the tow company, advise it is an "orange tag" tow.
- In CAD enter Lic. # in the #9 field and that it is an "orange tag" tow in the Notes field.
- In large scale towing periods, the shift supervisor may delay towing. In these cases you are to keep a log of tows to be called in later. (Either fax 952-888-4944 or call 952-888-2201 with this log information.)

Desk Officer Duties
- Collect and organize the impound information from the officers.
- Compare the tow information dropped off by the tow company.
- Connect all reports and place into "Incoming Reports" bin.

III.    Release Procedure

    A)    Vehicles not being held:

    In cases where the driver is present, an information sheet outlining the release process will be given to the driver at the time of impound (driver may not be the owner).

    The towing contractor will be responsible for notifying the registered owner(s) and lien holders of the impounded vehicle.

    Owners and/or lien holders will go directly to the towing contractor with all necessary paperwork. The towing contractor will be responsible for verifying the proof of ownership, proof of insurance and verifying driver's license status when releasing vehicles.

    B)    Vehicles being held:

- "Forensic"
  Desk Officer or Duty Sergeant can release a vehicle if they verify the vehicle has been processed. (Call Chiefs, Crime Lab or our Traffic Unit.)

**PATROL PROCEDURE 306**
**Page 5**

- Fatal-Felony Accident
  Must have Traffic Unit Investigator sign off on impound form.
- Forfeiture

    Must be cleared with the sergeant of the unit who impounded the vehicle or the sergeant who is responsible for the investigation.

    C) <u>Release of Vehicles Being Held</u>

        Once hold is released, written notice will be sent to the registered owner(s) and lien holder, if any, by clerical staff via certified mail.

    D) To obtain the release of a vehicle that has been placed on hold, the owner or his authorized agent must present reasonable proof of ownership and pick up release papers at the Police Department prior to picking up the impounded vehicle. Desk officers can use good judgment on what is required for proof of ownership.

    E) We can make reasonable attempts to prevent unlicensed or uninsured vehicles, or unlicensed drivers from operating on public streets. If an owner wants to get a vehicle that isn't legal on the street, they can get a release. We will require it to be "towed from the lot" and/or have a "licensed driver" pick it up. Releasing officers should mark those boxes on the release form.

IV. <u>Administrative Process for Towing Company to Release Vehicles</u>:

    A) Releases:

        When the towing contractor releases a vehicle, they will fax a copy of the release to the Bloomington Police Department. The actual releases will be brought to the Bloomington Police Department on a daily basis (Monday through Friday).

        If a vehicle is unclaimed and the towing contractor takes possession, they will fill out a release to themselves indicating it was unclaimed and turn that in to the Bloomington Police Department.

    B) Out of State Checks:

        When the towing company must run an out-of-state plate or driver's license, they must contact the Bloomington Police Department to obtain this information.

**PATROL PROCEDURE 306**
Page 6

During normal business hours (8 a.m. to 4:30 p.m. Monday through Friday), the towing contractor should contact the department in the following order:

1. The front desk at 952-563-8872
2. The switchboard at 952-563-4900
3. The desk officer at 952-563-8811
4. Dispatch at 952-563-8844 or 952-563-8804

After 4:30 p.m. on weekdays and on weekends and holidays, the towing contractor should contact:

1. Dispatch at 952-563-8844 or 952-563-8804
2. The desk officer at 952-563-8811

IV.   <u>Private Tows - Not for Impoundment</u>

If a tow is required for an individual who is stalled, or at the scene of an accident where the owner or driver is not arrested or removed for medical care, and the officer does not want the vehicle impounded for investigation, the officer shall inform the owner or driver that a tow truck will be called to the scene to remove the vehicle. The driver or owner can select any tow company they want as long as it doesn't cause unreasonable delays. The driver or owner will determine where the vehicle will be towed. If the vehicle isn't a hazard, the driver or owner can make arrangements for their own tow.

**CANCELS AND REPLACES:**
**Patrol Procedure 306 – Impounding and Releasing Motor Vehicles**
**Issued September 6, 2010**