UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 25-cr-117 (ECT/SGE)

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                              NOTICE OF INTENT TO CALL WITNESSES

JUSTIN DAVID EICHORN,

      Defendant.

_____

Defendant, Justin David Eichorn, may call the following individuals to testify at the motions hearing in the above-captioned matter: Officer Nicole Lauby; Officer Kane'ala Atchison-Keolanui; and Detective Jacob Lucas. These law enforcement agents will offer testimony regarding the circumstances surrounding the arrest of Mr. Eichorn, the seizure and search of Mr. Eichorn's vehicle and person, Mr. Eichorn's non-*Mirandized* statement to law enforcement, and the decision to prosecute Mr. Eichorn federally. Defense estimates the testimony will last approximately 2 hours.

Dated: July 30, 2025                    Respectfully submitted,

                                            */s/ Charles L. Hawkins*
                                            Charles L. Hawkins (Attorney No. 124369)
                                            150 S. Fifth Street, Ste. 2860
                                            Minneapolis, MN 55402
                                            Tel: (612) 339-6921
                                            Email: clhcrimlaw@yahoo.com

/s/ Arthur J. Waldon
Arthur J. Waldon (Attorney No. 0397729)
P.O. Box 1242
Lakeville, MN 55044
Tel: (612) 719-0625
Email: arthur@waldonlawmn.com

*Attorneys for Defendant*