UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 25-cr-117 (ECT/SGE)

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JUSTIN DAVID EICHORN,

      Defendant.

**DEFENDANT'S RESPONSE TO MOTION TO NARROW SCOPE OF MOTIONS HEARING**

_____

      Defendant, Justin David Eichorn, by and through his undersigned counsel, submits this response to the government's motion to narrow the scope of the motions hearing. ECF No. 47. The government asks this Court to rule on the admissibility of testimony regarding Mr. Eichorn's pretrial motions. The government's motion is premature and should be denied.

      Regarding Mr. Eichorn's motion to suppress statements, the government has informed the Court and defense counsel that it will not offer any of Mr. Eichorn's statements against him at trial. ECF No. 47 at 2. With that concession, Mr. Eichorn agrees that his motion to suppress statements is moot.

      While this Court is tasked with presiding over the motions hearing and making evidentiary rulings, the motions hearing—not prior to the hearing—is the proper time for the Court to make such rulings. Of course, the government may object to certain lines of questioning or responses at the motions hearing. However, the government does not know

which questions defense counsel will ask or precisely how those questions and anticipated responses may be used in post-hearing briefing or at trial. Therefore, those objections should be addressed *if* they arise during questioning.

The government's blanket request is premature, violates Mr. Eichorn's due process rights, and should be denied.

Dated: August 4, 2025　　　　　　　　　Respectfully submitted,

*/s/ Charles L. Hawkins*
Charles L. Hawkins (Attorney No. 124369)
150 S. Fifth Street, Ste. 2860
Minneapolis, MN 55402
Tel: (612) 339-6921
Email: clhcrimlaw@yahoo.com


*/s/ Arthur J. Waldon*
Arthur J. Waldon (Attorney No. 0397729)
P.O. Box 1242
Lakeville, MN 55044
Tel: (612) 719-0625
Email: arthur@waldonlawmn.com

*Attorneys for Defendant*