# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>JUSTIN DAVID EICHORN,<br><br>                Defendant. | **COURT MINUTES**<br>BEFORE: Shannon G. Elkins<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 25-cr-0117 (ECT/SGE) |
| Date: | August 6, 2025 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 10:03 a.m. |
| Time Concluded: | 12:01 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 1 Hours and 58 Minutes |
| Hearing Type: | Evidentiary Hearing |

**APPEARANCES**:
    Plaintiff: Daniel Bobier, Assistant U.S. Attorney
    For Defendant Justin David Eichorn: Arthur Waldon and Charles Hawkins, Retained

Deft. addtl brief due: 09/22/2025    Govt. addtl brief due: 10/13/2025    Deft. reply due: 10/20/2025

Motions taken under advisement as of 10/20/2025: 36, 37, 38, 40.

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☒ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED
    ☒ Exhibits retained by the Court    ☐ Exhibits returned to counsel

**ADDITIONAL INFORMATION**:
The Court granted in part and denied in part the Government's Motion to Narrow the Scope of the Hearing (Dkt. 47) from the bench for the reasons stated on the record.

The Court heard testimony from Office Kyle Maitrejean with the Bloomington Police Department and FBI Agent Terry Gestch. Defense moved and the Court admitted Defense Exhibits 1-24. Defense counsel ordered to submit Defense Exhibit 24 after the hearing to the Court. The Court noted the Government's objection as to relevance of the Exhibits. The Government moved and the Court admitted with no objections Government Exhibits A-C.

                                                        *s/BH*
                                                  Signature of Law Clerk