UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 25-cr-117 (ECT/SGE)

_____

UNITED STATES OF AMERICA,

       Plaintiff,

                               **DEFENDANT'S SECOND MOTION**
                               **TO AMEND CONDITIONS OF**
                               **RELEASE**

JUSTIN DAVID EICHORN,

       Defendant.

_____

The Defendant, Justin David Eichorn, by and through his counsel, Charles L. Hawkins and Arthur J. Waldon, IV, hereby moves the Court for an order modifying the order setting conditions of release (Dkt.7) issued on March 20, 2025 to reflect Mr. Eichorn may reside at 1240 Golf Course Road, Unit 104, Grand Rapids, MN 55744.

This Motion is based on the records and files in the above-entitled matter, Matthew Copus, Sr. U.S. Probation Officer's home assessment and recommendation (attached hereto as Exhibit 1), and the following:

1.     On March 20, 2025 the Court set Mr. Eichorn's conditions of release. Dkt.7. The release conditions include a condition that Mr. Eichorn "maintain residence at a halfway house or community corrections center, as the pretrial

services office or supervising officer considers necessary, and observe the rules and regulations of that facility." Dkt.7 at para. J.

2.      Pursuant to the Court's order, pretrial services directed Mr. Eichorn reside at the Duluth Bethel Halfway House in Duluth, MN.

3.      The Government filed a motion to reopen the detention hearing on March 23, 2025. Dkt.12. Magistrate Judge Elkins, granted the Government's motion and stayed the Court's order setting conditions of release. Dkt.13. On March 26, 2025, a detention hearing was held before the Honorable Magistrate Judge Shannon G. Elkins. Dkt.14. The Court, following evidence and arguments, reinstated the previously imposed order setting conditions of release. *Id*.

4.      On April 18, 2025, Mr. Eichorn moved the Court to modify the conditions of his release to allow contact with his children. Dkt.24. The Court granted Defendant's motion to modify conditions of release on May 12, 2025. Dkt.30.

5.      Since Mr. Eichorn's release on conditions, he has resided at the Bethel Halfway House in Duluth, MN. He has had no violations or reports while at Bethel.

6.      While at Bethel, Mr. Eichorn has obtained employment at Fleet Farm. He has been working there for approximately three months as a Yard Team Lead. He works eight hour shifts that vary from 10:00 a.m. to 6:00 p.m., noon to 8:00 p.m. or other shifts as designated by Fleet Farm.

7.    Mr. Eichorn has been supervised by Matthew R. Koppes, Senior U.S. Probation Officer since his release on conditions. On August 18, 2025, Mr. Koppes recommended that in lieu of the halfway house condition, the condition that Mr. Eichorn "reside at an address approved by the pretrial services office or supervising officer (unchecked condition (t) on the original order setting conditions of release [CM/ECF Doc. 7]). See Exhibit 1.

8.    This requested modification will allow Mr. Eichorn to directly participate in the management of and, particularly in the maintenance of his apartments and apartment buildings.

9.    Counsel has attempted to meet and confer with AUSA Daniel Bobier but his emails and voicemail have not been answered at this time.

WHEREFORE, Mr. Eichorn respectfully requests this Honorable Court modify the additional conditions of release to include paragraph (t).

Dated: August 21, 2025                    Respectfully submitted,

                                          /s/ Charles L. Hawkins
                                          Charles L. Hawkins (Attorney No. 124369)
                                          150 S. Fifth Street, Ste. 2860
                                          Minneapolis, MN 55402
                                          Tel: (612) 339-6921
                                          Email: clhcrimlaw@yahoo.com

/s/ Arthur J. Waldon
Arthur J. Waldon (Attorney No. 0397729)
P.O. Box 1242
Lakeville, MN 55044
Tel: (612) 719-0625
Email: arthur@waldonlawmn.com

*Attorneys for Defendant*