From: Matt Koppes Matt_Koppes@mnp.uscourts.gov
Subject: Justin Eichorn 25CR117
Date: August 19, 2025 at 9:57 AM
To: arthur@waldonlawmn.com, clhcrimlaw_yahoo.com clhcrimlaw@yahoo.com
Cc: Daniel.Bobier@usdoj.gov daniel.bobier@usdoj.gov



Good morning,

Pretrial Services has completed a home assessment at 1240 Golf Course Rd., Unit 104, Grand Rapids, MN, as a proposed alternative residence provided by Mr. Eichorn. Unit 104 is in building 1 on the property/apartment complex that is owned by Mr. Eichorn. The unit is currently unrented. The apartment building is two stories and unit 104 is a corner unit located on the ground floor near the entrance on the far side of the building. A visual inspection of the apartment revealed no indication of contraband, weapons, law violations, or potential release violations.

Mr. Eichorn has advised that the renters in this building are mostly older, and he is not aware of any children residing in the building. Unfortunately, we do not have a way to definitively gauge any potential access to minors in this type of living arrangement. Additionally, we also have concerns about limitations regarding location monitoring at an apartment building. However, given that the proposed unit is a corner unit, on the ground floor, and it appears to be otherwise appropriate - we will not object to any proposed modification to remove the halfway house condition (condition (j)).

We would respectfully recommend that the following the condition be added in lieu of the halfway house condition:

> *reside at an address as approved by the pretrial services office or supervising officer* (unchecked condition (t) on the original order setting conditions of release [CM/ECF Doc. 7]).

I can be reached directly by email or on my cell at 218-606-2220, should you have any additional questions.

Respectfully,

MATHEW R. KOPPES I SENIOR U.S. PROBATION OFFICER
U.S. PROBATION AND PRETRIAL SERVICES I DISTRICT OF MINNESOTA
515 WEST FIRST STREET, SUITE 206, DULUTH, MN 55802
D: (218) 529-3548  I  C: (218) 606-2220 I F: (218) 529-3546
https://www.mnp.uscourts.gov/



Exhibit 1