UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-117 (ECT/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>JUSTIN DAVID EICHORN,<br><br>    Defendant. | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE |

On August 21, 2025, the defendant, Justin Eichorn, filed a motion seeking an order amending the conditions of his pretrial release. Dkt. 53. Pretrial Services has recommended that the defendant's release conditions be modified to permit residence at an address approved by the officer responsible for monitoring the defendant pending trial. Dkt. 53-1. Having reviewed that recommendation, the government does not oppose such a modification.

Date: August 29, 2025

Respectfully submitted,

JOSEPH H. THOMPSON
Acting United States Attorney

BY:  */s/ Daniel W. Bobier*
DANIEL W. BOBIER
Assistant United States Attorney