UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Justin David Eichorn,<br><br>    Defendant. | Criminal No. 25-cr-117 (ECT/SGE)<br><br>**ORDER** |

Before the Court is Defendant's Second Motion to Amend Conditions of Release (Dkt. 53). The Government and Pretrial Services do not object to the proposed modifications.

Based upon the all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Second Motion to Amend Conditions of Release (Dkt. 53) is **GRANTED**. Defendant's conditions of release (Dkt. 7) are modified as follows:

1) Defendant is no longer required to maintain residence at a halfway house or community corrections center.

2) Defendant is to reside at an address as approved by the pretrial services officer or supervising officer.

All other conditions set forth in the Order Setting Conditions of Release (Dkt. 7) remain in full effect.

Dated:  September 2, 2025    *s/Shannon G. Elkins*
                SHANNON G. ELKINS
                U.S. Magistrate Judge