UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | File No. 25-cr-117 (ECT/SGE) |
| Plaintiff, | |
| v. | **ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| Justin David Eichorn, | |
| Defendant. | |

Defendant Justin David Eichorn has filed a Third Motion to Exclude Time Under Speedy Trial Act. ECF No. 75. The Parties have agreed to a trial date of June 1, 2026, and Eichorn seeks to exclude time from February 23, 2026, through June 1, 2026, from the Speedy Trial Act computations in this case. *See* ECF No. 75 at 1. The Government does not oppose the request, and Eichorn has signed a statement of facts agreeing that he discussed his speedy trial rights with counsel and that he seeks to waive those rights knowingly and voluntarily. *See id.*; ECF No. 76 at 1. The Court finds that the ends of justice served by a continuance outweigh the public's and the Defendant's interest in a speedy trial, as contemplated by 18 U.S.C. § 3161(h)(7)(A). This finding is based upon the facts set forth in Eichorn's Motion and Statement of Facts.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant Justin David Eichorn's Third Motion to Exclude Time Under Speedy Trial Act [ECF No. 75] is **GRANTED**;

2. The period of time beginning on February 23, 2026, until June 1, 2026, shall be excluded from the Speedy Trial Act computations in this case; and

3. Trial shall commence on June 1, 2026, at 1:00 p.m. in Courtroom 7D of the St. Paul Courthouse. An amended pre-trial order and schedule will issue separately.

Dated: February 25, 2026                                              s/ Eric C. Tostrud
                                                                                      Eric C. Tostrud
                                                                                      United States District Court